B5 (Official Form 5) (12/07)          FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of New Jersey | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>**Inventel, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.)<br>45-2500747 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**2 Kiel Avenue, Unit 312 - Suite 1**<br>**Kinnelon, NJ 07405** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**c/o Steven Z. Jurista, Esq.**<br>**Wasserman, Jurista & Stolz, as Assignee**<br>**for the Benefit of Creditors of Inventel, LLC**<br>**225 Millburn Avenue**<br>**Millburn, NJ 07041** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Morris** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ■ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __Inventel, LLC__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Richard Kantor, Pres._                    X _[signature]_  2/20/15
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
                                                           William D. Wallach, Esq. / Jeffrey T. Testa, Esq.

**Custom Quest, Inc.**    2/20/15
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Rick Kantor
6511 West Chester Road, Ste A
West Chester, OH 43069

Name of Attorney Firm (If any)
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Address
Telephone No. 973-639-7918

X _____
Signature of Petitioner or Representative (State title)

**Grand Metro Cosmetic Co.**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Grand Metro Cosmetic Co.
No. 560 Sec. 2 Haidiann Road
Tainan 70953 Taiwan, R.O.C.

X _____
Signature of Attorney    Date

Kevin Vorhis
Name of Attorney Firm (If any)
Hang & Associates, PLLC
136-18 39th Ave, Suite 1003
Flushing, NY 11354
Address
Telephone No. 718-363-8588

X _____
Signature of Petitioner or Representative (State title)

**The Sherwin-Williams Company**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
The Sherwin-Williams Company
101 Prospect Avenue, N.W.
Cleveland, OH 44115-1075

X _____
Signature of Attorney    Date

Bruce P. Batista, Esq.
Name of Attorney Firm (If any)
The Sherwin-Williams Company
101 Prospect Avenue N.W.
1100 Midland Building
Cleveland, OH 44115
Address
Telephone No. 216-515-4551

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Custom Quest, Inc.<br>6511 West Chester Road, Ste A<br>West Chester, OH 43069 | Judgment | 250,000.00 |
| Grand Metro Cosmetic Co.<br>No. 560 Sec. 2 Haidiann Road<br>Tainan 70953 Taiwan, R.O.C. | Book Account Debt | 1,236,000.00 |
| The Sherwin-Williams Company<br>101 Prospect Avenue, N.W.<br>Cleveland, OH 44115-1075 | Book Account Debt | 234,668.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,720,668.00 |

_____0_____ continuation sheets attached

Signing in Representative Capacity: West Chester, OH 45069

Address
Telephone No. 973-639-7918

X Cih Hsin Chan
Signature of Petitioner or Representative (State title)

X /s/ Kevin
Signature of Attorney                  Date

Name of Petitioner: Grand Metro Cosmetic Co.
Date Signed:

Kevin Vorhis
Name of Attorney Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Grand Metro Cosmetic Co.
No. 560 Sec. 2 Haldiann Road
Tainan 70953 Taiwan, R.O.C.

Hang & Associates, PLLC
136-18 39th Ave, Suite 1003
Flushing, NY 11354
Address
Telephone No. 718-363-8588

X_____
Signature of Petitioner or Representative (State title)

X_____
Signature of Attorney                  Date

Name of Petitioner: The Sherwin-Williams Company
Date Signed:

Bruce P. Batista, Esq.
Name of Attorney Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity:
The Sherwin-Williams Company
101 Prospect Avenue, N.W.
Cleveland, OH 44115-1075

The Sherwin-Williams Company
101 Prospect Avenue N.W.
1100 Midland Building
Cleveland, OH 44115
Address
Telephone No. 216-515-4551

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Custom Quest, Inc.<br>6511 West Chester Road, Ste A<br>West Chester, OH 43069 | Judgment | 250,000.00 |
| Grand Metro Cosmetic Co.<br>No. 560 Sec. 2 Haldiann Road<br>Tainan 70953 Taiwan, R.O.C. | Book Account Debt | 1,236,000.00 |
| The Sherwin-Williams Company<br>101 Prospect Avenue, N.W.<br>Cleveland, OH 44115-1075 | Book Account Debt | 234,666.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,720,666.00 |

0  continuation sheets attached

Name of Debtor: **Inventel, LLC**

B5 (Official Form 5) (12/07) - Page 2    Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Custom Quest, Inc.**
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Rick Kantor**
**6511 West Chester Road, Ste A**
**West Chester, OH 43069**

X_____
Signature of Attorney                            Date

**William D. Wallach, Esq.**
Name of Attorney Firm (If any)
**McCarter & English, LLP**
**Four Gateway Center**
**100 Mulberry Street**
**Newark, NJ 07102**
Address
Telephone No. **973-639-7918**

X_____
Signature of Petitioner or Representative (State title)

**Grand Metro Cosmetic Co.**
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Grand Metro Cosmetic Co.**
**No. 560 Sec. 2 Haidiann Road**
**Tainan 70953 Taiwan, R.O.C.**

X_____
Signature of Attorney                            Date

**Kevin Vorhis**
Name of Attorney Firm (If any)
**Hang & Associates, PLLC**
**136-18 39th Ave, Suite 1003**
**Flushing, NY 11354**
Address
Telephone No. **718-363-8588**

X _[signature]_____
Signature of Petitioner or Representative (State title)

**The Sherwin-Williams Company**   2/20/15
Name of Petitioner                             Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**The Sherwin-Williams Company**
**101 Prospect Avenue, N.W.**
**Cleveland, OH 44115-1075**

X _[signature]_____  2/20/15
Signature of Attorney                            Date

**Bruce P. Batista, Esq.**
Name of Attorney Firm (If any)
**The Sherwin-Williams Company**
**101 Prospect Avenue N.W.**
**1100 Midland Building**
**Cleveland, OH 44115**
Address
Telephone No. **216-515-4551**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Custom Quest, Inc.<br>6511 West Chester Road, Ste A<br>West Chester, OH 43069 | Judgment | 250,000.00 |
| Grand Metro Cosmetic Co.<br>No. 560 Sec. 2 Haidiann Road<br>Tainan 70953 Taiwan, R.O.C. | Book Account Debt | 1,236,000.00 |
| The Sherwin-Williams Company<br>101 Prospect Avenue, N.W.<br>Cleveland, OH 44115-1075 | Book Account Debt | 234,668.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>1,720,668.00 |

__0__ continuation sheets attached